**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6799**

_____

SANDRA CONSTANTINE,

                    Petitioner - Appellant,

          v.

WARDEN OF SPARTANBURG COUNTY DETENTION CENTER,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.  William Stevens Brown, V, Magistrate Judge.  (8:25-cv-07077-JDA-WSB)

_____

Submitted:  February 19, 2026                    Decided:  February 24, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Sandra Constantine, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Constantine seeks to appeal the magistrate judge's report and recommendation regarding three motions Constantine filed in pending habeas corpus proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The magistrate judge's report and recommendation is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Constantine's pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*